| AOC-E-105  Sum Code: CI |  | NOT ORIGINAL DOCUMENT |
|---|---|---|
| Rev. 9-14 | | 01/18/2019 03:00:28 PM |
| | | Case #: 19-CI-00049 |
| | | 88910 |
| Commonwealth of Kentucky | | Court: **CIRCUIT** |
| Court of Justice   Courts.ky.gov | | County: **FRANKLIN** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

*Plantiff,* **WILLIAMS, KEITH VS. RADIUS HEALTH, INC.,** *Defendant*

TO: **RADIUS HEALTH, INC.**
    **950 WINTER ST.**
    **WALTHAM, MA 02451**

The Commonwealth of Kentucky to Defendant:

You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

*/s/ Amy Feldman/*

Franklin Circuit Clerk
Date: **1/16/2019**

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)

## Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20____    _____
                                   Served By

                                   _____
                                   Title

CI : 000001 of 000001

Summons ID: @00000210725
CIRCUIT: 19-CI-00049 Return to Filer for Service
WILLIAMS, KEITH VS. RADIUS HEALTH, INC.



Page 1 of 1

*eFiled*

Filed        19-CI-00049    01/16/2019        Amy Feldman, Franklin Circuit Clerk

NOT ORIGINAL DOCUMENT
01/18/2019 03:00:10 PM
88910

## COMMONWEALTH OF KENTUCKY
## FRANKLIN CIRCUIT COURT

KEITH WILLIAMS,

    Plaintiff,

                                            Case Number _____

v.

RADIUS HEALTH, INC.

    Defendant.

_____/

### Complaint & Jury Demand

1. The Plaintiff, Keith Williams, sues the Defendant, Radius Health, Inc. for disability/perceived disability discrimination in violation of federal and Kentucky law.

2. Plaintiff resides in Louisville, Kentucky.

3. Defendant is a Massachusetts company.

4. Defendant does business within the State of Kentucky.

5. Defendant has offices and/or places of business within the State of Kentucky.

6. Defendant does business in Franklin County, Kentucky, among others.

7. Venue is proper pursuant to KRS 452.450.

8. This Honorable Court has jurisdiction pursuant to KRS 344.450.

9. Plaintiff has a disability.

10. Defendant perceived Plaintiff to be disabled.

11. Defendant employs over twenty (20) employees.

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)

COM : 000001 of 000004

Filed        19-CI-00049    01/16/2019        Amy Feldman, Franklin Circuit Clerk

12. Defendant is incorporated in Delaware. Its principal place of business is in Massachusetts.

13. Defendant is engaged in interstate commerce.

14. Defendant has at all times been required to comply with the American with Disabilities Act, as amended (ADA-AA), and Kentucky Civil Rights Act (KCRA).

15. Defendant was Plaintiff's employer.

16. Plaintiff began working for Defendant in March 2017.

17. Plaintiff has suffered adverse employment actions because of his disability and/or perceived disability.

18. In 2017 Plaintiff had a brain tumor.

19. In October 2017 Plaintiff had surgery to remove his brain tumor.

20. Following his brain surgery, Plaintiff returned to work on or around December 17, 2017.

21. Plaintiff was hospitalized again on December 26, 2017.

22. Plaintiff was unconscious in the hospital from about December 26, 2017, until January 11, 2018.

23. During Plaintiff's hospitalization, Plaintiff's daughter engaged in regular communications with Defendant regarding Plaintiff's health and work status.

24. On January 4, 2018, Defendant terminated Plaintiff's employment because of his disability/perceived disability.

Filed          19-CI-00049   01/16/2019          Amy Feldman, Franklin Circuit Clerk
NOT ORIGINAL DOCUMENT
01/18/2019 03:00:10 PM
88910

25. Defendant terminated Plaintiff's employment while Plaintiff was unconscious in the hospital.

26. Defendant knew that Plaintiff had a disability.

27. Defendant perceived Plaintiff to be disabled.

28. Defendant knew that Plaintiff needed an accommodation in regards to limited time off work to complete his hospitalization.

29. Nevertheless Defendant discriminated against Plaintiff due to his disability/perceived disability.

30. Defendant refused to engage in good faith dialogue to accommodate Plaintiff.

31. Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission on or about September 12, 2018.

32. The EEOC issued a right to sue letter on or about November 8, 2018.

**Count I – ADA-AA**

33. Plaintiff reincorporates paragraphs 1 through 32 as if fully stated herein.

34. Plaintiff was discriminated against because of his disability/perceived disability in violation of the ADA-AA.

35. Plaintiff was fired because of his disability/perceived disability in violation of the ADA-AA.

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)

COM : 000003 of 000004

Filed          19-CI-00049   01/16/2019          Amy Feldman, Franklin Circuit Clerk

Filed         19-CI-00049   01/16/2019         Amy Feldman, Franklin Circuit Clerk NOT ORIGINAL DOCUMENT
01/18/2019 03:00:10 PM
88910

Wherefore, Plaintiff demands trial by jury, judgment, back pay, front pay or proper reinstatement, damages for humiliation, pain and suffering and attorneys' fees and costs.

### Count II- KRS Disability Discrimination

36. Plaintiff reincorporates paragraphs 1 through 32 as if fully stated herein.

37. Plaintiff was discriminated against because of his disability/perceived disability in violation of Kentucky law.

38. Plaintiff was terminated because of his disability/perceived disability in violation of Kentucky law.

Wherefore, Plaintiff demands trial by jury, back pay, front pay or reinstatement damages for humiliation, pain and suffering, and attorneys' fees and costs.

Respectfully submitted this 16th day of January 2019,

/s/ *Christina Thomas Mazaheri*
Christina Thomas Mazaheri
Morgan & Morgan
333 W. Vine St. Suite 1200
Lexington, Kentucky 40507
Tel – (859)286-8369
Email – CMazaheri@forthepeople.com
*Counsel for Plaintiff*

Presiding Judge: HON. THOMAS DAWSON WINGATE (648243)

COM : 000004 of 000004

Filed         19-CI-00049   01/16/2019         Amy Feldman, Franklin Circuit Clerk