# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF KENTUCKY
# CENTRAL DIVISION AT FRANKFORT

*Filed Electronically*

| | |
|---|---|
| KEITH WILLIAMS, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 3:19-CV-00009-GFVT |
| RADIUS HEALTH, INC., | ) ) |
| Defendant. | ) ) ) |

\* \* \* \*    \* \* \* \* \*    \* \* \* \* \*

## DEFENDANT'S PARTIAL MOTION FOR SUMMARY JUDGMENT

Defendant Radius Health, Inc. ("Radius"), by counsel, and pursuant to Fed. R. Civ. P. 56, hereby moves this Court to enter partial summary judgment and to dismiss Plaintiff Keith Williams' claim of disability discrimination under the Kentucky Civil Rights Act with prejudice. The grounds for this Motion are explained in an attached supporting Memorandum, which is being simultaneously filed. A proposed Order is tendered herewith.

Respectfully submitted,

/s/ Amir J. Nahavandi
Donna King Perry
Amir J. Nahavandi
Dinsmore & Shohl LLP
101 South Fifth Street, Suite 2500
Louisville, Kentucky  40202
Telephone:  (502) 581-8000
donna.perry@dinsmore.com
amir.nahavandi@dinsmore.com
*Counsel for Defendant*

2

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **Defendant's Partial Motion for Summary Judgment** has been filed this 14th day of March, 2019, using the Court's ECF system, which will send a notice of electronic filing to the following counsel of record and also mailed via U.S. Mail:

Christina Thomas Mazaheri
Morgan & Morgan
333 W. Vine St. Suite 1200
Lexington, Kentucky 40507
Telephone:  (859) 286-8369
CMazaheri@forthepoeople.com
*Counsel for Plaintiff*

                              /s/ Amir J. Nahavandi
                              *Counsel for Defendant*

14727941v1